MHN

# APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Miguel Romero
(Please print)

STREET ADDRESS: 2100 Scoville Av.

CITY/STATE/ZIP: Berwyn, IL, 60402

PHONE NUMBER: (708) 612-9536

CASE NUMBER: 08CV1704
JUDGE KENNELLY
MAG. JUDGE DENLOW

Signature: Miguel Romero

Date: 03/24/08

FILED
MAR 24 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT