*HHv*

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s)  *Miguel Romero*

08CV1704
**JUDGE KENNELLY**
**MAG. JUDGE DENLOW**

v.

Defendant(s)  *Wright Business Forms.,*

)

Judge: _____

## MOTION FOR APPOINTMENT OF COUNSEL

1.  I, *Miguel Romero* _____ , declare that I am the (check appropriate box)
    [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford
    the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2.  In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in
    this proceeding:

    **FILED**

    MAR 2 4 2008

3.  In further support of my motion, I declare that (check appropriate box):

    MICHAEL W. DOBBINS
    CLERK, U.S. DISTRICT COURT

    [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court
    in this or any other civil or criminal proceeding before this Court.

    [ ] I am currently, or previously have been, represented by an attorney appointed by the Court
    in the proceeding(s) described on the back of this page.

4.  In further support of my motion, I declare that (check appropriate box):

    [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding
    detailing my financial status.

    [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and
    it is a true and correct representation of my financial status.

    [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding.
    However, my financial status has changed and I have attached an Amended Application to Proceed *In
    Forma Pauperis* to reflect my current financial status.

5.  I declare under penalty that the foregoing is true and correct.

_____
Movant's Signature

_____
Date  03/24/08

_____
Street Address  *2100 scoville apto #2*

_____
City, State, ZIP  *Berwyn, IL; 60402*

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: _____  Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____  Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____  Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____  Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐