FILED
APRIL 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case 1:08-cv-01704   Document 7   Filed 04/07/2008   Page 1 of 10

MHN

RECEIVED
MAR 24 2008
3-24-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Miguel Romero

_____
(Name of the plaintiff or plaintiffs)

v.

Wright Business Forms

_____
(Name of the defendant or defendants)

CIVIL ACTION

N 08CV1704
JUDGE KENNELLY
MAG. JUDGE DENLOW

**COMPLAINT OF EMPLOYMENT DISCRIMINATION**

1. This is an action for employment discrimination.

2. The plaintiff is _Miguel Romero_ of the county of _Cook_ in the state of _Illinois_.

3. The defendant is _Wright Business Forms_, whose street address is _2525 Braga Drive_
(city) _Broadview_ (county) _Cook_ (state) _Illinois_ (ZIP) _60153_
(Defendant's telephone number) _(708) - 865-7600_

4. The plaintiff sought employment or was employed by the defendant at (street address)
_2525 Braga Drive_ (city) _Broadview_
(county) _Cook_ (state) _Illinois_ (ZIP code) _60153_

5. The plaintiff [check one box]:

   (a) [ ] was denied employment by the defendant.

   (b) [ ] was hired and is still employed by the defendant.

   (c) [X] was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) **3**, (day) **3**, (year) **2006**

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

    (a) The defendant is not a federal governmental agency, and the plaintiff *[check one box]* ☐ has not ☒ has filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

    (i) ☐ the United States Equal Employment Opportunity Commission, on or about (month) _____ (day) _____ (year) _____.

    (ii) ☒ the Illinois Department of Human Rights, on or about (month) **05** (day) **16** (year) **2006**.

    (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☒ YES. ☐ NO, but plaintiff will file a copy of the charge within 14 days.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and
(a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

    ☐ Yes (month) _____ (day) _____ (year) _____

    ☐ No, did not file Complaint of Employment Discrimination

2. The plaintiff received a Final Agency Decision on (month) _____ (day) _____ (year) _____.

c. Attached is a copy of the

    a. Complaint of Employment Discrimination,
    ☐ YES ☐ NO, but a copy will be filed within 14 days.

    (ii) Final Agency Decision
    ☐ YES ☐ NO, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

   (a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

   (b) ☒ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue,* which was received by the plaintiff on (month) 12 (day) 19 (year) 2007 a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

   (a) ☐ Age (Age Discrimination Employment Act).
   (b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (c) ☒ Disability (Americans with Disabilities Act or Rehabilitation Act)
   (d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)
   (g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

    (a) ☐ failed to hire the plaintiff.
    (b) ☒ terminated the plaintiff's employment.
    (c) ☐ failed to promote the plaintiff.

(d) [ ] failed to reasonably accommodate the plaintiff's religion.
(e) [X] failed to reasonably accommodate the plaintiff's disabilities.
(f) [ ] failed to stop harassment;
(g) [ ] retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;
(h) [ ] other (specify): _____

_____
_____
_____
_____

13. The facts supporting the plaintiff's claim of discrimination are as follows:

_attached_

_____
_____
_____
_____
_____
_____

14. [*AGE DISCRIMINATION ONLY*] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. [X] YES  [ ] NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) [ ] Direct the defendant to hire the plaintiff.
(b) [X] Direct the defendant to re-employ the plaintiff.
(c) [ ] Direct the defendant to promote the plaintiff.
(d) [ ] Direct the defendant to reasonably accommodate the plaintiff's religion.
(e) [X] Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☐    Direct the defendant to (specify): _____

_____

_____

_____

_____

(g) ☒    If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒    Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)
*Miguel Romero*

(Plaintiff's name)
Miguel Romero

(Plaintiff's street address)
2100 Scoville Av. Apt. #2

(City) Berwyn (State) Illinois (ZIP) 60402
(Plaintiff's telephone number) (708) 612-9536

Date: 03/24/08

My name is Miguel Romero, I was hired by Wright Business Forms, Incorporated in june 2004, as a Die Cutter.

In february, 15/2005, I sufered an injury in my low back, after therapy treatment I had a surgery for herniated disc. at L5-S1 lumbar spaine on may 17, 2005.

In October 2/2005 I was send back to work without restrictions, but I couldn't performed my full durty, becouse I was on pain.

In October 28/2005, I was evoluated by my Doctor's Surgeon (Edwin J. Goldberg) and releasd me to work with restriction

In february 18, I was evoluated again by Dr Goldberg whose releosed me with the same restriction as october/28/200

By march 3/2006 I was dischared by my Supervisor Joseph Mickolowski telling me that it was ordered by Robert Biester (former Manager) becouse of slow work Business. and tryed me to signe a settlement agreement, in consideration I should resived 2 weeks Extra salary and the permit to aplyed for unemployment benefits.

But the truth's that they discharged me for my physical handicap not for slow business, because there were plenty of work were I could do.

I've never been refused back to work.



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7000 0600 0022 1007 6724**
Status: **Delivered**

Your item was delivered at 2:25 pm on December 19, 2007 in BERWYN, IL 60402. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > ) (?)  ( Return to USPS.com Home > )

### Track & Confirm

Enter Label/Receipt Number.

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                                          3/24/2008

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| The Privacy Act of 1974 affects this form: See Privacy act statement before completing this form.<br>#06W0516.07 | ☒ IDHR<br>☐ EEOC | 2006CF3048 |

## Illinois Department of Human Rights and EEOC

| NAME (indicate Mr. Ms. Mrs.)<br>Miguel Romero | | HOME TELEPHONE (include area code)<br>(708) 484-3438 | |
|---|---|---|---|
| STREET ADDRESS<br>2100 Scoville, Apt. 2 | CITY, STATE AND ZIP CODE<br>Berwyn, Illinois 60402 | DATE OF BIRTH | |

NAMED IS THE EMPOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME<br>Wright Business Forms, Incorporated | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE (include area code)<br>(708) 865-7600 | |
|---|---|---|---|
| STREET ADDRESS<br>2525 Braga Drive | CITY, STATE AND ZIP CODE<br>Broadview, Illinois 60153 | COUNTY<br>Cook | |
| CAUSE OF DISCRIMINATION BASED ON:<br>PHYIDCAL HANDICAP | | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA)   LATEST (ALL)<br>03/02/06<br>☐ CONTINUING ACTION | |

THE PARTICULARS ARE (If additional space is needed attach extra sheets)

I. A. ISSUE/BASIS

   DISCHARGE – MARCH 2, 2006, DUE TO MY PHYSICAL HANDICAP, HERNIATED DISC (LOWER LUMBAR PAIN)

   B. PRIMA FACIE ALLEGATIONS

   1. I am a handicapped individual within the meaning of Section 1-103 (I) of the Illinois Human Rights Act.

   2. Respondent was aware of my condition, which was due to a work related accident.

   3. My work performance as dye cutter operator met Respondent's expectations. I was hired in June, 2004.

   4. On March 2, 2006, I was discharged by Joe (last name unknown), Supervisor. The reason cited for the discharge was because business was slow and there was no more work available for me to do.

(Continued)

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME ON THIS<br>_Krystal L Rogers 5/16/06_<br>NOTARY SIGNATURE    MONTH DATE-YEAR |
|---|---|
| "OFFICIAL SEAL"<br>Krystal I. Rogers<br>Notary Public, State of Illinois<br>My Commission Expires Nov. 15, 2006<br>NOTARY SEAL | X _Miguel Romero_  05/16/06<br>SIGNATURE OF COMPLAINANT    DATE<br>I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief |

FORM 5 (5/05)

Complainant: Miguel nero
Charge Number: 2006CF3048
Page 2

5. There was plenty of work available for me to do at the time I was discharged. My handicap is unrelated to my ability to perform the essential functions of my job duties as dye cutter.

HMS/JJT/RCG