U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 08 C 1704
MIGUEL ROMERO
v.
WRIGHT BUSINESS FORMS, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, Wright Business Forms, Inc.

| NAME (Type or print) |
| --- |
| Erin M. Maus |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ [signature] |
| FIRM |
| Baker & McKenzie |
| STREET ADDRESS |
| One Prudential Plaza, 130 E. Randolph Dr. |
| CITY/STATE/ZIP |
| Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6270237 | (312) 861-8202 |

| | | |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] | NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [ ] | NO [X] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X] | NO [ ] |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]    APPOINTED COUNSEL [ ]

## CERTIFICATE OF SERVICE

**Miguel Romero v. Wright Business Forms, Inc.**
**1:08-cv-1704**

I hereby certify that on Tuesday, June 11, 2008, I electronically filed the foregoing **Wright Business Forms Inc.'s Appearance** with the Clerk of the Court using the CM/ECF system, and sent notice of electronic filing via U.S.PS Certified Mail to the following:

| | |
|---|---|
| Miguel Romero<br>2100 Scoville Ave., Apt. No. 2<br>Berwyn, Illinois  60402 | served via U.S.PS Certified Mail |

/s/   Erin M. Maus
BAKER & McKENZIE LLP
One Prudential Plaza
130 East Randolph Drive, Suite 3500
Chicago, IL  60601
Phone: (312) 861-8202
Facsimile: (312) 861-2899
Email: Erin.M.Maus@Bakernet.com

CHIDMS1/2627484.1