IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MIGUEL ROMERO | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 1704 |
| | ) | |
| WRIGHT BUSINESS | ) | |
| FORMS, INC. | ) | Judge Kennelly |
| | ) | Magistrate Judge Denlow |
| | ) | |
| Defendant. | ) | |

## WRIGHT BUSINESS FORMS INC.'S RULE 12(B)(6) MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant, Wright Business Forms, Inc. ("WBF") moves to dismiss Plaintiff's

Complaint of employment discrimination pursuant to Federal Rule of Civil Procedure

12(b)(6).  WBF has filed and incorporates herein its Memorandum of Law in support of

this Rule 12(b)(6) Motion to Dismiss Plaintiff's Complaint.

WHEREFORE, WRIGHT BUSINESS FORMS, INC.'S motion to dismiss

Plaintiff's Complaint should be granted pursuant to Federal Rule of Civil Procedure

12(b)(6).

Respectfully submitted,

_____
One of the Attorneys for Wright Business
Forms, Inc.

Firm I.D. #28
**BAKER & McKENZIE LLP**
Erin McCloskey Maus
130 East Randolph Drive
Chicago, Illinois  60601
Phone:  (312) 861-8000
Fax:  (312) 698-2268
erin.m.maus@bakernet.com

CHIDMS1/2627350.1

## CERTIFICATE OF SERVICE

**Miguel Romero v. Wright Business Forms, Inc.**
**1:08-cv-1704**

I hereby certify that on Tuesday, June 11, 2008, I electronically filed the foregoing **Wright Business Forms Inc.'s Rule 12(B)(6) Motion to Dismiss Plaintiff's Complaint** with the Clerk of the Court using the CM/ECF system, and sent notice of electronic filing via U.S.PS Certified Mail to the following:

Miguel Romero                         served via U.S.PS Certified Mail
2100 Scoville Ave., Apt. No. 2
Berwyn, Illinois  60402


/s/  Erin M. Maus
BAKER & McKENZIE LLP
One Prudential Plaza
130 East Randolph Drive, Suite 3500
Chicago, IL  60601
Phone: (312) 861-8202
Facsimile: (312) 861-2899
Email: Erin.M.Maus@Bakernet.com

CHIDMS1/2627484.1