IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MIGUEL ROMERO, | ) |
| Plaintiff, | ) |
| v. | ) No. 08 C 1704 |
| WRIGHT BUSINESS FORMS, INC. | ) Judge Kennelly |
| | ) Magistrate Judge Denlow |
| Defendant. | ) |

**NOTICE OF MOTION**

TO:    See attached Certificate of Service

   PLEASE TAKE NOTICE that on Thursday, June 19, 2008, at 9:30 a.m., or as soon thereafter as this motion may be heard, we shall appear before Judge Kennelly, in Courtroom 2103, or any Judge sitting in his place or stead, in the courtroom usually occupied by him in the United States District Court for the Northern District of Illinois, Eastern Division, and shall then and there present **Defendant, Wright Business Forms Inc.'s Rule 12(B)(6) Motion to Dismiss Plaintiff's Complaint**, a copy of which is attached hereto.

Dated: June 11, 2008

                                                /s/ Erin M. Maus
                                                One of the Attorneys for Defendant,
                                                Wright Business Forms Inc.

Erin M. Maus
BAKER & McKENZIE LLP (#28)
One Prudential Plaza
130 East Randolph Drive
Chicago, Illinois  60601
(312) 861-8000

## CERTIFICATE OF SERVICE

    I, Erin M. Maus, an attorney, hereby certify that on June 11, 2008, I presented the foregoing **Defendant, Wright Business Forms Inc.'s Rule 12(B)(6) Motion to Dismiss Plaintiff's Complaint** to the Court by uploading a copy of same into the Court's ECF system, and sent via U.S.P.S. Certified Mail notification of such filing to the following:

| | |
|---|---|
| Miguel Romero<br>2100 Scoville Ave., Apt. No. 2<br>Berwyn, Illinois  60402 | served via U.S.PS Certified Mail |

                                                     /s/   Erin M. Maus

CHIDMS1/2627474.1