# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1704 | **DATE** | 7/9/2008 |
| **CASE TITLE** | Romero vs. Wright | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 8/6/2008 at 9:30 AM. Motion for summary judgment, based on statute of limitations, is to be filed by 7/31/2008.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | OR |
|---|---|---|