## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1704 | **DATE** | 8/13/2008 |
| **CASE TITLE** | Miguel Romero vs. Wright | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 9/17/2008 at 9:30 AM. Plaintiff's motion for appointment of counsel is granted. Charles Valente, is appointed as counsel for plaintiff : Krasnow Saunders Cornblath LLP, 500 N. Dearborn, 2nd Floor, Chicago, IL 60610, 312 755 5700, cvalente@ksc-law.com

Docketing to mail notices.

00:08

| | Courtroom Deputy Initials: | OR |
|---|---|---|